# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN P. MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-1026-RWS |
| | ) | |
| UNITED STATES BANKRUPTCY COURT, EIGHTH CIRCUIT, EASTERN DISTRICT, ORDER #05-00402, | ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's petition for writ of mandamus [Doc. #1]. Petitioner is challenging an order of the "U.S. Bankruptcy Court, Eighth Circuit, Eastern District #05-00402," which he claims was entered in 2006 and unconstitutionally prohibits him from "filing papers or a complaint in the court." Petitioner has failed to attach a copy of the said order to his complaint, and it is unclear to the Court exactly what order petitioner is contesting. It is also unclear whether petitioner is challenging an order entered by the United States Bankruptcy Appellate Panel for the Eighth Circuit, over which this Court would not have jurisdiction, or in the United States Bankruptcy Court for the Eastern District of Missouri. As such, petitioner will be instructed to provide the Court with a copy of

the order he is contesting in this action.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, petitioner shall submit to the Court a copy of the order he is contesting in this case.

**IT IS FURTHER ORDERED** that petitioner's failure to comply with this Order will result in the dismissal of this action, without prejudice and without further notice to him.

Dated this 11th day of June, 2014.

_____
**UNITED STATES DISTRICT JUDGE**